**GAIL SHIFMAN, ESQ. (CSBN 147334)**
**LAW OFFICES OF GAIL SHIFMAN**
**601 California Street, Suite 1800**
**San Francisco, CA  94108**
**Telephone: (415) 551-1500**
**Facsimile: (415) 551-1502**
**Email: gail@shifmangroup.com**

**Attorney for Defendant**
**LISA LE CHAN**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**--o0o--**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. CR-96-350 WBS (CKD) |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** <br> **TERMINATING PRETRIAL SUPERVISION** |
| **LISA LE CHAN,** | |
| Defendant. | |

It is stipulated between the parties, through their respective counsel, that the conditions of release shall be modified and that Pretrial supervision of defendant Lisa Le Chan previously imposed on August 7, 1996, by The Honorable John F. Moulds, United States Magistrate Judge, shall now be terminated. Termination of supervision has been recommended by Pretrial Services in light of Ms. Chan's compliance with supervision for almost 17 years.

Dated: October 3, 2013

/s/Gail Shifman

GAIL SHIFMAN
Attorney for Defendant
LISA LE CHAN

1

Dated: October 3, 2013                BENJAMIN B. WAGNER
                                      United States Attorney

                                      By /s/ Gail Shifman for
                                      _____
                                      WILLIAM S. WONG, AUSA
                                      (Signed for Mr. Wong with
                                      his prior authorization)

[~~PROPOSED~~] ORDER

This matter having come before the Court upon the Stipulation of the parties and the Court having found good cause,

IT IS ORDERED that Pretrial Supervision of Lisa Le Chan shall terminate.

Dated:  October 7, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2